FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

2019 OCT -4  P 2: 02

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-MJ-438 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| KATELIN D. DIXON, | ) | Court Date: November 25, 2019 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 7512883)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 1, 2019, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, KATELIN D. DIXON, did unlawfully and knowingly give a false report as to the commission of a crime to a law-enforcement official with intent to mislead.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-461(i), 1950, as amended)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Garland W. Rowland
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this __4__ day of October 2019 to the defendant's home of record.

By: _____
Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Garland.Rowland@usdoj.gov